UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, Inc., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHUNGHWA PICTURE TUBES, LTD., CHUNGHWA PICTURE TUBES (Malaysia) Sdn. Bhd., HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI ASIA, LTD., IRICO GROUP CORP., IRICO DISPLAY DEVICES CO., LTD., LG ELECTRONICS, INC., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., PANASONIC CORPORATION OF NORTH AMERICA, ORION ELECTRIC CO., LTD., ORION AMERICA, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA, SAMSUNG SDI CO., LTD., SAMSUNG SDI AMERICA, INC., SAMTEL COLOR, LTD., THAI CRT COMPANY, LTD., TOSHIBA CORPORATION, BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD., and LP DISPLAYS INTERNATIONAL, LTD.,<br><br>　　　　Defendants. | Case No. 07-5944 SC<br>　　　　08-0494 MEJ<br><br>ORDER CONSOLIDATING <u>CASES</u> |

　　The Court hereby finds that civil case <u>Univisions-Crimson Holding, INC., et. al v. Chunghwa Picture Tubes, LTD., et. al</u>, Case No. 08-0494, is suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings. This consolidation is warranted by common questions of law and fact that pervade these individual matters.

1  Consolidation will facilitate discovery and conserve judicial
2  resources.
3     This consolidated case will henceforth be referred to as "IN
4  RE: Cathode Ray Tube (CRT) Antitrust Litigation."  All documents
5  are to be filed under case number 07-5944-SC and all future
6  filings are to bear the initials "SC" immediately after the case
7  number.
8     All motions and proceedings now pending in this case are
9  hereby STAYED pending a decision by the Multi District Litigation
10 (MDL) Panel on Plaintiff's Motion for Centralization in case MDL
11 No. 1917.

14    IT IS SO ORDERED.

16    Dated: January 29, 2008

18                                    UNITED STATES DISTRICT JUDGE