Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF CHRISTOPHER M. CURRAN** |

PLEASE TAKE NOTICE that Christopher M. Curran hereby enters his appearance *pro hac vice* in these actions on behalf of defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. Mr. Curran is admitted to practice and in good standing in the United States District Court for the District of Columbia, among other courts.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Dated:  May 8, 2008                           Respectfully submitted,

               **WHITE & CASE** LLP

               By:  /s/ Christopher M. Curran
                    Christopher M. Curran (*pro hac vice*)
                    George L. Paul (*pro hac vice*)
                    Lucius B. Lau (*pro hac vice*)
                    701 Thirteenth Street, N.W.
                    Washington, D.C.  20005
                    tel.: (202) 626-3600
                    fax: (202) 639-9355

                    *Counsel to Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

## CERTIFICATE OF SERVICE

*In Re: Cathode Ray Tube (CRT) Antitrust Litigation,*
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

I, Ted Booth, legal assistant, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed at the law firm of White & Case LLP, 701 Thirteenth Street NW, Washington DC 20005.

On May 8, 2008, I filed the foregoing Notice of Appearance of Christopher M. Curran with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the foregoing document by first-class mail to the following non-CM/ECF participants:

Patrick J. Ahern
Karen Sewell
Roxane Busey
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph Drive
Chicago IL 60601

Barry J. Bendes
Joseph E. Czerniawski
Anthony J. Viola
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard
Philadelphia, PA 19102

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  Issac L. Diel
2  SHARP MCQUEEN
   6900 College Boulevard, Suite 285
3  Overland Park, KS 66211
4
   Lori A. Fanning
5  Matthew E. Van Tine
   MILLER LAW LLC
6
   115 South LaSalle Street, Suite 2910
7  Chicago, IL 60603
8
   John Gressette Felder, Jr.
9  MCGOWAN HOOD FELDER AND JOHNSON
10 1405 Calhoun Street
   Columbia, SC 29201
11
12 Traviss Levine Galloway
   ZELLE HOFMANN VOELBEL MASON & GETTE
13 44 Montgomery Street, Suite 3400
14 San Francisco, CA 94104
15 Martin E. Grossman
16 LAW OFFICES OF MARTIN E. GROSSMAN
   2121 Green Brier Drive
17 Villanova, PA 19085
18
   Richard M. Hagstrom
19 ZELLE HOFMANN VOELBEL MASON & GETTE LLP
20 500 Washington Avenue South, Suite 4000
   Minneapolis, MN 55415
21
22 Krishna B. Narine
   SCHIFFRIN & BARROWAY, LLP
23 Three Bala Plaza East, Suite 400
24 Bala Cynwood, PA 19004
25 Mark Reinhardt
26 REINHARDT WENDORF & BLANCHFIELD
   East 1250 First National Bank Building
27 322 Minnesota Street
28 St. Paul, MN 55101

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1 Jean B. Roth
2 Lawrence P. Schaefer
Seymour J. Mansfield
3 MANSFIELD TANICK & COHEN
4 1700 U.S. Bank Plaza South
220 South Sixth Street
5 Minneapolis, MN 55402-4511
6
Roger Martin Schrimp
7 DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA
8 1601 I Street, 5th Floor
Modesto, CA 95354
9
10 Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
11 500 Fifth Avenue
12 New York, NY 10110

13 Donna F. Solen
14 MASON LAW FIRM
1225 19th Street, NW, Suite 500
15 Washington, DC 20036
16
John M. Taladay
17 BAKER & HOSTETLER
18 1050 Connecticut Avenue NW
Washington, DC 20036
19
20 Jonathan Mark Watkins
THE FURTH FIRM LLP
21 225 Bush Street, 15th Floor
22 San Francisco, CA 94104-4249

23
24 
_____
25                         Ted Booth
26
27
28

NOTICE OF APPEARANCE OF CHRISTOPHER M. CURRAN
Case No. 07-5944 SC
MDL No. 1917
3